## 9614.   CRUMP v. THE STATE.

BROYLES, P. J.   1. When considered in connection with the qualifying notes of the trial judge, there is no substantial merit in any of the special grounds of the motion for a new trial.

2. The verdict was authorized by the evidence.

*Judgment affirmed.   Bloodworth and Harwell, JJ., concur.*

DECIDED MAY 1, 1918.

Accusation of possessing intoxicating liquor; from city court of Macon—Judge Guerry.   February 20, 1918.

*Nottingham & Holliman,* for plaintiff in error.

*Will Gunn, solicitor,* contra.

---

## 9615.   SIMMONS, *alias* KENNEDY, v. THE STATE.

BLOODWORTH, J.   The grounds of the motion for a new trial are the usual general grounds and amplifications of those grounds; there is some evidence to support the verdict, which is approved by the trial judge, and, under repeated rulings, this court is not authorized to interfere.

*Judgment affirmed.   Broyles, P. J., and Harwell, J., concur.*

DECIDED MAY 1, 1918.

Conviction of manslaughter; from Randolph superior court— Judge Worrill.   February 12, 1918.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

## 9616.   AKIN v. THE STATE.

HARWELL, J.   The defendant was convicted of simple larceny. His only complaint is that the verdict was contrary to law and the evidence. The verdict was authorized by the evidence, and was approved by the trial judge, and this court will not interfere.

*Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.*

DECIDED MAY 1, 1918.

Accusation of larceny; from city court of Wrightsville—Judge Blount.   February 23, 1918.

*Faircloth & Claxton,* for plaintiff in error.

*W. C. Brinson, solicitor,* contra.